**FILED**

11/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0379

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| JANE TIMPANO, | No. DA-21-0379 |
| Plaintiff and Appellant, | **ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF** |
| v. | |
| CENTRAL MONTANA DISTRICT SIX HUMAN RESOURCES DEVELOPMENT COUNCIL, INC., | |
| Defendant and Appellee. | |

Having considered Appellee Central Montana District Six Human Resources Development Council, Inc.'s Second Motion Extension of Time to File its Answer Brief and good cause appearing, IT IS HEREBY ORDERED that Appellee shall have up to and including December 31, 2021 within which to file its Answer Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 8 2021